PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Melvin                     **Docket Number:** 00-00440-001
                                                                       99-00560-002

                                                     **PACTS Number:** 25116

**Name of Sentencing Judicial Officer:** The Honorable Dickinson R. Debevoise

**Date of Original Sentence:** 02/26/01

**Original Offense:** Robbery; Conspiracy to Distribute More than 100 Grams of Heroin

**Original Sentence:** 108 months incarceration; three-year-term of supervised release; $100 special assessment; and $1,050 restitution. Special conditions: 1) drug/alcohol testing and treatment; 2) financial disclosure; 3) no new debt

**Violation Offense:** 09/20/10

**Violation Sentence:** four months incarceration; two-year-term of supervised release; $100 special assessment; and $1,050 restitution. Special conditions: 1) drug/alcohol testing and treatment; 2) financial disclosure; 3) no new debt

**Type of Supervision:** Supervised Release          **Date Supervision Recommenced:** 04/04/11

**Assistant U.S. Attorney:** Luis A. Valentin, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Patrick A. Mullin, Esq., 25 Main Street, Suite 2000, Hackensack, New Jersey 07601 (201) 488-5500

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 27, 2012, Mark Melvin was arrested by members of the Essex County Prosecutor's Office, Homicide Squad, and charged with the following |

offenses: 1) Murder; 2) Criminal Attempt/Murder; 3) Unlawful Possession of a Weapon; 4) Possession of Weapon; 5) Aggravated Assault. Melvin is in custody at the Essex County Jail and has a $1,000,000 bail. The matter has been referred to Essex County Superior Court with no scheduled events as of this writing.

2. The offender has violated the standard supervision condition which states "**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'

On September 27, 2012, Mark Melvin was in unlawful possession of a weapon which was used in commission of a murder and criminal attempted murder.

I declare under penalty of perjury that the foregoing is true and correct.
Maureen Kelly
By: Suzanne Golda
U.S. Probation Officer
Date: 10/03/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

Oct. 4, 2012
_____
Date